IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No.: 1:25-cr-10006-STA |
| | ) | |
| v. | ) | 18 U.S.C. § 2250(a) |
| | ) | 8 U.S.C. § 1326(a) and (b)(2) |
| JOSE ALFREDO MELENDEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at an unknown time, but as early as on or about January 10, 2017, and continuing thereafter through at least January 22, 2025, in the Western District of Tennessee and elsewhere, the defendant,

--------------------------- **JOSE ALFREDO MELENEDEZ-HERNANDEZ** ---------------------------

being required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and subsequently did knowingly fail to update a registration as required by the Sex Offender Registration and Notification Act; all in violation of Title 18, United States Code, Section 2250(a).

## COUNT 2

Beginning at an unknown time, but as early as on or about May 20, 2023, and continuing thereafter to the present, in the Western District of Tennessee, the defendant,

--------------------------- **JOSE ALFREDO MELENEDEZ-HERNANDEZ** ---------------------------

an alien who was ordered deported and who was removed from the United States on or

about August 26, 2009, at or near Laredo, Texas, following a conviction for sexual battery, was found in the United States without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
DATE

REAGAN TAYLOR FONDREN
ACTING UNITED STATES ATTORNEY


_____
HILLARY LAWLER PARHAM
ASSISTANT UNITED STATES ATTORNEY